AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

    Plaintiff(s)   )
                               )    **APPEARANCE**

    vs.                  )    CASE NUMBER   1:07cr00296

Thermo King Ireland Limited   )

    Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  **Kathleen M Hamann**  as counsel in this
                         (Attorney's Name)

case for:  the United States of America
            (Name of party or parties)

14 November 2007
Date

*(signature)*
Signature

DC 502210
BAR IDENTIFICATION

Kathleen M Hamann
Print Name

1400 New York Avenue, NW
Address

Washington, DC  20005
City            State           Zip Code

(202) 305-7413
Phone Number